KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER                    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
SEGUANDO E. RUALES (AND WIFE, CYNTHIA
SARATO),                                             DOCKET NO.:
                     Plaintiffs,                   07 CV 11024

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
AMERICAN EXPRESS BANK, LTD., AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS                    NOTICE OF
TRAVEL RELATED SERVICES COMPANY,                     APPEARANCE
INC., BFP TOWER C CO. LLC., BFP TOWER
C MM LLC., BLACKMAN-MOORING
STEAMATIC CATASTOPHE, INC., D/B/A
BMS CAST, CUNNINGHAM DUCT CLEANING CO.,
INC., FGP 90 WEST STREET INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KIBEL COMPANIES, LAW ENGINEERING,
P.C., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL
PAPER, INC., MERRILL LYNCH & CO., INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., TRAMMELL CROW COMPANY TRAMMELL
CROW CORPORATE SERVICES, INC., TRC ENGINEERS,
INC., VERIZON NEW YORK, INC., WFP RETAIL CO.,
G.P., CORP., WFP RETAIL CO., L.P, AND ZAR REALTY
MANAGEMENT CORP, ET AL.
                     Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 22, 2008

      Kevin G. Horbatiuk
      Kevin G. Horbatiuk (KGH4977)
      Matthew P. Mazzola (MM-7427)
      Attorneys for Defendant
      **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO., INC.**
      RUSSO, KEANE & TONER, LLP
      26 Broadway, 28th Floor
      New York, New York 10004
      (212) 482-0001
      RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **SEGUANDO E. RUALES (AND WIFE, CYNTHIA SARATO),**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 22nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SEGUANDO E. RUALES (AND WIFE, CYNTHIA SARATO),**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**