KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**IN RE COMBINED WORLD TRADE CENTER**                21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
------------------------------------------------------------------------X
**SEGUANDO E. RUALES (AND WIFE, CYNTHIA**
**SARATO),**                                          **DOCKET NO.:**
                          Plaintiffs,                 **07 CV 11024**

          -against-

**100 CHURCH, LLC, AMBIENT GROUP, INC.,**
**AMERICAN EXPRESS BANK, LTD., AMERICAN**
**EXPRESS COMPANY, AMERICAN EXPRESS**                 **NOTICE OF**
**TRAVEL RELATED SERVICES COMPANY,**                  **ADOPTION OF**
**INC., BFP TOWER C CO. LLC., BFP TOWER**             **ANSWER TO**
**C MM LLC., BLACKMAN-MOORING**                       **MASTER COMPLAINT**
**STEAMATIC CATASTOPHE, INC., D/B/A**
**BMS CAST, CUNNINGHAM DUCT CLEANING CO.,**
**INC., FGP 90 WEST STREET INC., GPS**
**ENVIRONMENTAL CONSULTANTS, INC.,**
**HILLMAN ENVIRONMENTAL GROUP, LLC.,**
**INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,**
**KIBEL COMPANIES, LAW ENGINEERING,**
**P.C., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL**
**PAPER, INC., MERRILL LYNCH & CO., INC.,**
**ROYAL AND SUNALLIANCE INSURANCE GROUP,**
**PLC., TRAMMELL CROW COMPANY TRAMMELL**
**CROW CORPORATE SERVICES, INC., TRC ENGINEERS,**
**INC., VERIZON NEW YORK, INC., WFP RETAIL CO.,**
**G.P., CORP., WFP RETAIL CO., L.P, AND ZAR REALTY**
**MANAGEMENT CORP, ET AL.**
                          **Defendants.**
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 28, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **SEGUANDO E. RUALES (AND WIFE, CYNTHIA**
      **SARATO),**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28TH day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SEGUANDO E. RUALES (AND WIFE, CYNTHIA SARATO),**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*

**KEVIN G. HORBATIUK**