UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
SEGUNDO E. RUALES (AND WIFE, CYNTHIA    :    07-CV-11024-AKH
SARATO),                                                         :
                                                                 :
                          Plaintiffs,   :    **APPEARANCE**
                                                                 :
        - against -                     :    **ELECTRONICALLY FILED**
                                                                 :
100 CHURCH, LLC, *et al.*,              :
                                                                 :
                          Defendants.   :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York              DICKSTEIN SHAPIRO LLP
        June 30, 2008


                        By:        /s/ Judith R. Cohen
                               _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.


DOCSNY-314388